934

No. 86–1255. OLYMPIA EQUIPMENT LEASING CO. ET AL. *v.* WESTERN UNION TELEGRAPH CO. C. A. 7th Cir. Certiorari denied.

No. 86–1256. JONES ET AL. *v.* CLARK EQUIPMENT CO. C. A. 6th Cir. Certiorari denied.

No. 86–1258. HAGEMANN *v.* AMERICAN SAVINGS & LOAN ASSN. C. A. 9th Cir. Certiorari denied.

No. 86–1259. SPRATT *v.* COUNTY OF KENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–1262. DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION *v.* FITZGERALD ET AL. C. A. Fed. Cir. Certiorari denied.

No. 86–1265. GRASS ET AL. *v.* CREDITO MEXICANO, S. A. C. A. 5th Cir. Certiorari denied.

No. 86–1266. KILKENNY, PERSONAL REPRESENTATIVE OF THE ESTATE OF MARMION *v.* ATLANTIC RICHFIELD CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–1267. ARDREY ET AL. *v.* UNITED PARCEL SERVICE. C. A. 4th Cir. Certiorari denied.

No. 86–1269. NEAL, ADMINISTRATOR OF THE ESTATE OF STROH *v.* MIDWESTERN DISTRIBUTION, INC. C. A. 11th Cir. Certiorari denied.

No. 86–1271. RUIZ ET AL. *v.* PEOPLE EXPRESS AIRLINES, INC. C. A. 4th Cir. Certiorari denied.

No. 86–1273. CUMBIE *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 86–1276. CITY OF WILMINGTON *v.* WILMINGTON STEVE-DORES, INC. C. A. 3d Cir. Certiorari denied.